1
2
3
4
5 IN THE UNITED STATES DISTRICT COURT
6 FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8 BENJAMIN PUENTES,                          No. C 11-02511 SI
9          Plaintiff,                        **JUDGMENT**
10    v.
11 COUNTY OF SAN MATEO, ET AL,
12          Defendants.
                                        /
13
14       Defendants' motion for summary judgment has been granted and this action is dismissed with
15 prejudice.  Judgment is entered accordingly.
16
17       **IT IS SO ORDERED.**
18
19 Dated: September 8, 2011
20                                           SUSAN ILLSTON
                                            United States District Judge
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California