**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PUENTES, | No. C 11-02511 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTY OF SAN MATEO, ET AL, | |
| Defendants. | |

Defendants' motion for summary judgment has been granted and this action is dismissed with prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: September 8, 2011

SUSAN ILLSTON
United States District Judge